AO 455 (Rev. 01/09) Waiver of an Indictment

**FILED**

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

DEC 0 8 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) | |
| v. | ) | Case No. 2:25-cr-235 JAM |
| Paxful Holdings, Inc. | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand Paxful Holdings, Inc., has been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of Paxful Holdings, Inc.'s rights and the nature of the proposed charges against Paxful Holdings, Inc.

After receiving this advice, Paxful Holdings, Inc., waives its right to prosecution by indictment and consents to prosecution by information.

Date: 12/8/25

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Eugene Ingoglia
*Printed name of defendant's attorney*

_____
*Judge's signature*

Chi Soo Kim, United States Magistrate Judge
*Judge's printed name and title*